UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WILLIAM RAYMOND POWERS,
                Plaintiff,

v.

AVA ZELENETSKY, and ZELENETSKY
AND ASSOCIATES,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 4651 (VB)

Copies Mailed/Faxed 2/15/22
Chambers of Vincent L. Briccetti

      Plaintiff, who is proceeding pro se and in forma pauperis, commenced the instant action on May 24, 2021, against his former employer, Zelenetsky and Associates, and Ava Zelenetsky in her capacity as Principal of Zelenetsky and Associates.

      On October 1, 2021, the Court ordered the U.S. Marshals Service to effect service on each defendant. (Doc. #6). On January 5, 2022, and February 10, 2022, the U.S. Marshals Service docketed process receipts and returns of service executed indicating service on each defendant on December 30, 2021. (Docs. ##9–10). Accordingly, defendants had until January 20, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have not answered, moved, or otherwise responded to the complaint.

      Accordingly, by **March 17, 2022**, provided that defendants have not answered, moved, or otherwise responded to the complaint, plaintiff is ORDERED to seek a certificate of default. Thereafter, by **March 31, 2022**, plaintiff shall file a motion for default judgment against the defendants. Should plaintiff require procedural advice on moving for a default judgment, he should contact the Court's Pro Se Intake Unit, available by mail at 40 Foley Square, Room 105, New York, New York 10007, and by phone at (212) 805-0175. **If plaintiff fails to satisfy these deadlines, the Court may dismiss the case without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).**

      Chambers will mail a copy of this Order and the form Clerk's Certificate of Default to plaintiff at the address on the docket.

Dated: February 15, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge