UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WILLIAM RAYMOND POWERS,
        Plaintiff,

v.

AVA ZELENETSKY and ZELENETSKY AND
ASSOCIATES,
        Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 4651 (VB)

    On February 15, 2022, the Court issued an Order directing plaintiff to (i) seek a certificate of default by March 17, 2022, and (ii) to file a motion for default judgment against the defendants by March 31, 2022. (Doc. #11).

    The docket indicates plaintiff filed a proposed clerk's certificate of default on March 28, 2022, but the Clerk rejected plaintiff's filing as deficient on same date. (Doc. #12). Accordingly, plaintiff has failed to meet either deadline in the Court's February 15 Order.

    Provided that defendants have not answered, moved, or otherwise responded to the complaint, the Court sua sponte extends (i) plaintiff's time to seek a certificate of default to **April 15, 2022**, and (ii) plaintiff's time to file a motion for default judgment against the defendants to **April 29, 2022**. **If plaintiff fails to satisfy these deadlines, the Court will dismiss the case without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).**

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 8, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge