UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WILLIAM RAYMOND POWERS,
               Plaintiff,

v.

AVA ZELENETSKY and ZELENETSKY AND ASSOCIATES,
               Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 4651 (VB)

      By Order dated May 6, 2022, the Court directed plaintiff to serve copies of the following documents on each defendant and to file proof of service with the Court by no later than May 20, 2022: (i) the Court's May 6 Order, (ii) plaintiff's motion for default judgment and all attachments thereto, and (iii) plaintiff's affirmation in support of his request for a certificate of default. (Doc. #22). A copy of the May 6 Order was mailed to plaintiff at the address on the docket.

      To date, plaintiff has not filed proof of service of the above referenced documents on each defendant on the docket.

      Accordingly, the Court sua sponte extends to **June 28, 2022**, plaintiff's time to file proof of service of the above referenced documents on each defendant on the docket.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 23, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge